UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYAN ALLEN CARY,

Plaintiff,

Case No. 24-cv-10489

v.                                                        Hon. Matthew F. Leitman

CREWS *et al*.,

Defendant.

_____/

## **JUDGMENT**

In accordance with the Order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of

Defendants and against Plaintiff.

KINIKIA ESSIX
CLERK OF COURT

By:    s/Holly A. Ryan_____
Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  January 7, 2025
Detroit, Michigan

1